FILED
January 22, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:19-mj-00019-EFB
            Plaintiff, )
v. )
)  ORDER FOR RELEASE OF
XAVIER ALEXANDER )  PERSON IN CUSTODY
SPEROPOULOS, )
            Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, XAVIER ALEXANDER SPEROPOULOS, Case No. 2:19-mj-00019-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

　　_X_ Co-Signed Unsecured Appearance Bond

　　___ Secured Appearance Bond

　　_X_ (Other) Conditions as stated on the record.

　　___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  1/22/2019  at  2:32 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge