1    HEATHER E. WILLIAMS, SBN 122664
     Federal Defender
2    CHRISTINA SINHA, SBN 278893
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, CA 95814
     Telephone: (916) 498-5700
5    Fax: (916) 498-5710

6    Attorneys for Defendant
     XAVIER ALEXANDER SPEROPOULOS
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
     UNITED STATES OF AMERICA,          ) Case No.  2:19-mj-00019-EFB
12                                       )
                    Plaintiff,           ) **STIPULATION AND [~~PROPOSED~~] ORDER**
13                                       ) **FOR EXTENSION OF TIME FOR**
     vs.                                 ) **PRELIMINARY HEARING PURSUANT TO**
14                                       ) **RULE 5.1(d) AND EXCLUSION OF TIME**
     XAVIER ALEXANDER                    )
15   SPEROPOULOS AND LAUREN              ) Date:  May 13, 2019
     CROWE,                              ) Time:  2:00 P.M.
16                                       ) Judge: Honorable Allison Claire
                    Defendants.          )
17

18         Plaintiff United States of America, by and through its attorney of record, Assistant United

19   States Attorney Grant Rabenn, and defendants Xavier Alexander Speropoulos and Lauren

20   Crowe, both individually and by and through their respective counsel of record, Christina Sinha

21   and Todd Leras, hereby stipulate as follows:

22         1.     The Complaint in this matter was filed on January 18, 2019.

23
           2.     By prior stipulation, the parties jointly moved for an extension of the preliminary
24
     hearing to May 13, 2019 at 2:00 p.m. pursuant to Rule 5.1(d) of the Federal Rules of Criminal
25
     Procedure.
26
           3.     The parties now jointly move for a further extension of time for the preliminary
27
     hearing to June 10, 2019 at 2:00 p.m. before the duty Magistrate Judge pursuant to F.R.C.P.
28

     Stipulation and Order to                    -1-
      Add Condition of Release

1    5.1(d). The parties stipulate that there is good cause for the delay, as it is required to allow the

2    defense reasonable time for the preparation and review of discovery and for the government's

3    continued investigation of the case. The parties further agree that the interests of justice served

4    by granting this continuance outweigh the best interests of the public and the defendants in a

5    speedy trial, and respectfully request the Court so to find.

6                             Respectfully submitted,

7                             HEATHER E. WILLIAMS
                               Federal Defender

8

9    Date: May 13, 2019              */s/ Christina Sinha*
                               CHRISTINA SINHA

10                           Assistant Federal Defender
                          Attorneys for Defendant

11                           Xavier Speropoulos

12    Date: May 13, 2019              */s/ Todd Leras*
                               TODD LERAS

13                           Attorney for Defendant
                          Lauren Crowe

14

15    Date: May 13, 2019              MCGREGOR W. SCOTT

16                           United States Attorney

17                           */s/ Grant B. Rabenn*

18                           GRANT B. RABENN
                          Assistant United States Attorney

19                           Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

# [~~PROPOSED~~] ORDER

The Court, having received and considered the parties' stipulation for an extension of time filed on May 13, 2019, finds that the stipulation demonstrates good cause for an extension of the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the Court orders that the date of the preliminary hearing is extended to June 10, 2019 at 2:00 p.m. before the duty Magistrate Judge, and time between May 13, 2019 and June 10, 2019 shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: May 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE