| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664<br>Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>XAVIER ALEXANDER SPEROPOULOS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-mj-00019-EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR** |
| v. | ) | **PRELIMINARY HEARING PURSUANT TO** |
| | ) | **RULE 5.1(d) AND EXCLUSION OF TIME** |
| XAVIER ALEXANDER SPEROPOULOS AND LAUREN CROWE, | ) | Date: August 30, 2019<br>Time: 2:00 P.M.<br>Judge: Honorable Kendall J. Newman |
| Defendants. | ) | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Grant Rabenn, and defendants Xavier Alexander Speropoulos and Lauren Crowe, both individually and by and through their respective counsel of record, Christina Sinha and Todd Leras, hereby stipulate as follows:

1. The Complaint in this matter was filed on January 18, 2019.

2. By prior stipulation, the parties jointly moved for an extension of the preliminary hearing to August 30, 2019 at 2:00 p.m. pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

3. The parties now jointly move for a further extension of time for the preliminary hearing to September 27, 2019 at 2:00 p.m. before the duty Magistrate Judge

Stipulation and Order Continuing Preliminary Hearing     -1-

pursuant to F.R.C.P. 5.1(d). The parties stipulate that there is good cause for the delay, as it is required to allow the defense reasonable time for the preparation and review of discovery and for the government's continued investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and respectfully request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 27, 2019

/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
Xavier Speropoulos

Date: August 27, 2019

/s/ Todd Leras
TODD LERAS
Attorney for Defendant
Lauren Crowe

Date: August 27, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ Grant B. Rabenn
GRANT B. RABENN
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation for an extension of time filed on May 13, 2019, finds that the stipulation demonstrates good cause for an extension of the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the Court orders that the date of the preliminary hearing is extended to September 27, 2019, at 2:00 p.m., before the duty Magistrate Judge, Magistrate Judge Allison Claire, and time between June 10, 2019, and September 27, 2019, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: August 27, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE